U.S.A. vs __Sergio Carbajal-Garcia__    No. __08CR0907-LAB__

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on __4-15-08__ and ended on __7-7-08__ ; ( X7, X71

_____ and ended on _____ . (    )

**3161(h)**

___(1)(A)    Exam or hrg for **mental or physical incapacity**    A

___(1)(B)    **NARA examination (28:2902)**    B

___(1)(D)    State or Federal trials or **other charges pending**    C

___(1)(E)    **Interlocutory appeals**    D

___(1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)    E

___(1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)    F

___(1)(J)    **Proceedings under advisement** not to exceed thirty days    G

___    Misc proc: Parole or prob rev, deportation, **extradition**    H

___(1)(H)    **Transportation** from another district or to/from examination
or hospitalization in ten days or less    6

_£_(1)(I)    Consideration by Court of **proposed plea agreement**    ⑦

___(2)    **Prosecution deferred** by mutual agreement    I

___(3)(A)(B)    **Unavailability of defendant** or **essential witness**    M

___(4)    Period of **mental or physical incompetence** of defendant to
stand trial    N

___(5)    Period of **NARA commitment or treatment**    O

___(6)    **Superseding indictment and/or new charges**    P

___(7)    **Defendant awaiting trial of co-defendant** when no severance
has been granted    R

___(8)(A)(B)    **Continuances** granted per (h)(8)-use "T" alone if more than
one of the reasons below are given in support of continuance    T

___(8)(B)(I)    1) Failure to grant a **continuance** in the proceeding
would result in a **miscarriage of justice** and
the ends of justice outweigh the best interest
of the public and the defendant in a speedy trial.
**(Continuance - miscarriage of justice)**

✗    2) Failure to grant a **continuance** of the trial would result in
a miscarriage of justice as the defendant has tendered a
guilty plea to a magistrate judge and is awaiting a
determination as to whether the plea will be accepted.
**(Continuance - tendered a guilty plea)**    Ⓤ

___(8)(B)(ii)    2) **Case unusual or complex**    T2

___(8)(B)(iii)    3) **Indictment following arrest cannot be filed** in thirty (30) days    T3

___(8)(B)(iv)    4) **Continuance** granted in order to obtain or substitute counsel,
or give reasonable time to prepare
**(Continuance re counsel)**    T4

___3161(I)    Time up to **withdrawal of guilty plea**    U

___3161(b)    **Grand jury indictment time extended** thirty (30) more days    W

Date __4-15-08__    _CAB_
Judge's Initials