| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | GREGORY F. NOONAN<br>Assistant U.S. Attorney |
| 3 | California State Bar No. *Pending*<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | 619 557-5790   (Telephone)/619 557-5551 (Fax)<br>Email: gregory.noonan@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0907-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| SERGIO CARBAJAL-GARCIA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

1.   None.

//

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1. Lara Stingley.

Please feel free to call me if you have any questions about this notice.

DATED: June 20, 2008.

        KAREN P. HEWITT
        United States Attorney

        <u>s/Gregory F. Noonan</u>
        GREGORY F. NOONAN
        Assistant U.S. Attorney

Notice of Appearance        08CR0907-LAB
United States v. Sergio Carbajal-Garcia

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.    08CR0907-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| SERGIO CARBAJAL-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

      I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 17, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

  1.    David Bartik, Attorney for Defendant Sergio Carbajal-Garcia.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 20, 2008.

                                                        s/Gregory F. Noonan
                                                        GREGORY F. NOONAN
                                                        Assistant U.S. Attorney

Notice of Appearance                                                                            08CR0907-LAB
United States v. Sergio Carbajal-Garcia