FILED
AUG 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Larry A. Burns, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0907-LAB |
| Plaintiff, | SEALING ORDER |
| v. | |
| SERGIO CARBAJAL-GARCIA, | |
| Defendant. | |

IT IS HEREBY ORDERED, for good cause shown, that the attached Sentencing Memorandum in the above-entitled cause, as well as the attached Application for Sealing Order, be placed under seal.

**SO ORDERED.**

DATED: 8-21-08

_____
Hon. LARRY A. BURNS
United States District Court Judge